# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**MARK THOMAS**                                                                                          **PLAINTIFF**

**v.**                              **CASE NO. 3:10CV00098 JLH-BD**

**DAN LANGSTON, et al.**                                                                          **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. No objections have been filed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice, under Local Rule 5.5(c)(2), for failure to comply with the Court's Order of April 30, 2010.

IT IS SO ORDERED this 28th day of June, 2010.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE