# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**MARK THOMAS**                                                                                          **PLAINTIFF**

**v.**                           **CASE NO. 3:10CV00098 JLH-BD**

**DAN LANGSTON, et al.**                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 28th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE